1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al., | CV 23-6942 PA (AGRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| DTS ENTERPRISE INC., et al., | |
| Defendants. | |

Pursuant to this Court's December 11, 2023 Minute Order granting, in part, the Motion for Entry of Default Judgment filed by plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts (collectively, "Plaintiffs") against defendants DTS Enterprise Inc. ("DTS") and Leslie Dain Sorg ("Sorg") (collectively, "Defendants") on the first and third claims for relief and declining to exercise supplemental jurisdiction over Plaintiffs' second claim for relief for breach of personal guarantee, it is hereby ORDERED, ADJUDGED, AND DECREED:

1.     Plaintiffs shall have judgment in their favor and against DTS on Plaintiffs' first claim for unpaid fringe benefit contributions and second claim for breach of settlement agreement;

. . . .

2.     Plaintiffs shall recover from DTS the amount of $304,347.76 (consisting of $63,828.51 in unpaid fringe benefit contributions, $192,966.85 in liquidated damages, $38,816.49 in pre-judgment interest, and $8,735.91 in attorneys' fees);

3.     Plaintiffs shall recover their costs of suit; and

4.     Plaintiffs are entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED:  December 11, 2023

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-